| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** FILED IN CLERKS OFFICE | DOCKET NUMBER *(Tran. Court)* 2:06CR00467-001 |
|---|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: 2007 NOV 8 ⊃ 12: 03 | | DOCKET NUMBER *(Rec. Court)* |
|---|---|---|

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:

Adam Rodriguez
26L Mt. Vernon Street
Peabody, MA 01960

New Jersey
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY MAGISTRATE JUDGE

Jose L. Linares

07 CR 10388

**DIVISION**

| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 8/27/2007 | TO 8/26/2011 |
|---|---|---|---|

**OFFENSE**

21:952(a) Importation of Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW JERSEY**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/22/07
_Date_

_____
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Nov. 16, 2007
_Effective Date_

_____
_United States District Judge_

(Katrina Lee Jones
20 Washington Place)