✎AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE            DISTRICT OF            MASSACHUSETTS

UNITED STATES OF AMERICA

v.            **SUMMONS IN A CRIMINAL CASE**

**ADAM RODRIGUEZ**

Case Number:   07-CR-10388-WGY

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Rooms |
|---|---|
| UNITED STATES DISTRICT COURT, 1 Courthouse Way, Boston, MA Courtroom 23, 7th Floor. | COURTROOM 23, 7th Floor. |
| | Date and Time |
| Before:   MAGISTRATE JUDGE ROBERT B. COLLINGS | 11/24/08 @ 12:15 PM |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:        VIOLATION(s) OF CONDITIONS OF SUPERVISED RELEASE

NOREEN A. RUSSO, DEPUTY CLERK            /s/ Noreen A. Russo
Name and Title of Issuing Officer            Signature of Issuing Officer

11/12/08
Date