UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Criminal Action
No: 07-10388-WGY**

**UNITED STATES
Plaintiff**

**v.**

**ADAM RODRIGUEZ
Defendant**

**MODIFICATION ORDER**

**YOUNG, D.J.**

**The defendant is to continue participating in the Victory Program for substance abuse until he completes the program. The defendant is to do 100 hours of community service. All previous conditions of Supervised Release remain in full force and effect.**

**By the Court,**

**/s/ Elizabeth Smith**

**Deputy Clerk**

**February 27, 2009**

**To: All Counsel**